# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - KEY WEST, FLORIDA

DEFT: DONALD HOWARD CONKRIGHT (J)#  CASE NO: 19-5009-SNOW
AUSA: Jaime Raisch *present*  ATTY: (If applicable-appeals colloquy)
AGENT:  VIOL: Removal: ND/TX - Violation of Pretrial Release
PROCEEDING: INITIAL APPEARANCE  RECOMMENDED BOND: No bond
BOND HEARING HELD - yes / (no)  COUNSEL APPOINTED: FPD: Stu Abrams
BOND SET @:  To be cosigned by:

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew:
- ☐ Travel extended to:
- ☐ Halfway House

Δ - advised of charges
Δ has counsel in ND/TX
Gov't asks that bond be revoked.
Δ - sworn for court appointed counsel in SD/FL
Δ - found indigent FPD appointed.
Δ will waive removal on Friday.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING: will waive   5-24-19   2:00 pm   Snow   KW
PRELIM/ARRAIGN. OR REMOVAL:

CHECK IF APPLICABLE ___: For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ___, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

DATE: 5-21-19   TIME:   DAR: 13:04:54   PAGE:

7 min